MYRTIE C. VAN KEUREN, ADMINISTRATRIX AD PROSE-
QUENDUM, PLAINTIFF, v. ERIE RAILROAD COMPANY
ET AL., DEFENDANTS.

Argued October 6, 1931—Decided November 9, 1931.

Before Justices TRENCHARD, DALY and DONGES.

For the application, *Hobart & Minard.*

*Contra, Alexander Simpson.*

PER CURIAM.

Plaintiff has a verdict and defendants seek a rule to show
cause why the verdict should not be set aside and a new trial
granted.

Upon consideration of the matters presented, we conclude
that the application for a rule to show cause should be denied.

The application is denied, with costs.